MARY STORY, *Respondent, v.* THE WILLIAMSBURGH MASONIC MUTUAL BENEFIT ASSOCIATION, *Appellant.*—Judgment and order refusing to dismiss complaint, and order denying new trial on minutes, affirmed, with costs. Opinion by CULLEN, J.

FRANCIS H. SIMONS, *Respondent, v.* THE NEW YORK LIFE INSURANCE COMPANY, *Appellant.* — Interlocutory judgment affirmed, with costs; leave to answer given. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* FRANCIS M. CRAFTS *v.* THE FIRE COMMISSIONERS OF BROOKLYN. — Motion for reargument denied, without costs. Opinion by DYKMAN, J.

PATRICK MURTAGH *v.* JOHN CONNERS. — Motion to open default denied, with ten dollars costs.

JOHN SCHWAB *v.* FREDERIC E. CLEVELAND. — Motion granted for leave to appeal to the Court of Appeals.

GEORGE R. CONKLIN, *Respondent, v.* ELIZABETH GIGNOUX, *Appellant.*—Judgment of County Court affirmed, with costs. Opinion by DYKMAN, J.

JACOBUS W. HAMEL, *Appellant, v.* WILLIAM ROTH and others, *Respondents.* — Part of the judgment holding the $2,000 mortgage free from usury affirmed, with costs. Opinion by BARNARD, P. J.; CULLEN, J., not sitting. Upon the plaintiff's appeal from the judgment, holding the $6,000 and $8,000 mortgages void for usury, judgment reversed and a new trial granted, costs to abide event. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

JOSEPH FIELDHOUSE, JR., *Respondent, v.* E. M. NEVILLE and others, *Appellants.* — Appeal from order granting injunction dismissed, without costs. Opinion by CULLEN, J.; DYKMAN, J., not sitting.

HENRY STEERS, *Respondent, v.* THE CITY OF BROOKLYN, *Appellant.*—Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JAMES W. SMITH, *Respondent, v.* THE CITY OF BROOKLYN, *Appellant.*—Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

ELLIS R. THOMAS and another, *Respondents, v.* THOMAS J. EVANS, *Appellant, Impleaded, etc.* — Interlocutory judgment affirmed, with costs. Opinion by DYKMAN, J.

JACOB RAMSEY, *as Executor, etc., Respondent, v.* BARBARA REITZEL, *Appellant.*—Judgment of County Court and of justice reversed, with costs. Opinion by BARNARD, P. J.

WILLIAM H. ELLIS, *as Administrator, etc., Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Respondent.*—Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.